ROBERT E. SCHUMACHER, ESQ.
Nevada Bar Number 7504
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Facsimile:  (877) 306-0043
E-Mail:  rschumacher@grsm.com

*Attorneys for Defendants,*
*CERTAIN UNDERWRITERS AT LLOYD'S,*
*LONDON, AS SUBSCRIBED TO POLICY*
*NUMBER MPL4147217.19 and HISCOX, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY POWERS, individually and as Assignee of Rights Held by AMERICAN PROTECTION GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON AS SUBSCRIBED TO POLICY NUMBER MPL4147217.19; SYNDICATE NO. 3624; HISCOX, INC. d/b/a HISCOX INSURANCE AGENCY; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.: 2:23-cv-01472-GMN-EJY<br><br><br>**STIPULATION AND ORDER TO SET AGREED BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

This Stipulation is made by and between BRITTANY POWERS, individually and as Assignee of Rights Held by AMERICAN PROTECTION GROUP, INC. ("Plaintiff"), represented by ROBERT W. COTTLE, ESQ., and MATTHEW D. MINUCCI, ESQ., of THE COTTLE FIRM and Defendants CERTAIN UNDERWRITERS AT LLOYD'S LONDON, AS SUBSCRIBED TO POLICY NUMBER MPL4147217.19 and HISCOX, INC. (collectively "Defendants"), represented by ROBERT SCHUMACHER, ESQ., of GORDON REES SCULLY MANSUKHANI, LLP.

IT IS HEREBY STIPULATED AND AGREED that the following briefing schedule shall govern the parties' cross-motions for summary judgment:

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

1.     Plaintiff filed Her Motion for Summary Judgment (and corresponding Memorandum of Points and Authorities) on November 20, 2023 (at CM/ECF Doc. No. 19);

2.     Defendants' Opposition to Plaintiff's Motion for Summary Judgment/Cross-Motion for Summary Judgment (and corresponding Memorandum of Points and Authorities) shall be filed on or by December 22, 2023;

3.     Plaintiff's Reply in Further Support of Her Motion for Summary Judgment/Opposition to Defendants' Cross-Motion for Summary Judgment shall be filed on or by January 23, 2024; and

4.     Defendants' Reply in Further Support of Their Cross-Motion for Summary Judgment shall be filed on or by February 20, 2024.

DATED this 27th day of November, 2023.      DATED this 27th day of November, 2023.

**THE COTTLE FIRM**                **GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Matthew D. Minucci*              */s/ Robert Schumacher*
ROBERT W. COTTLE, ESQ.         ROBERT SCHUMACHER, ESQ.
Nevada Bar No. 4576                Nevada Bar No. 7504
MATTHEW D. MINUCCI, ESQ.      300 South Fourth Street, Suite 1550
Nevada Bar No. 12449              Las Vegas, NV 89101
8635 S. Eastern Avenue          ***Attorneys for Defendants***
Las Vegas, NV 89123
***Attorneys for Plaintiffs***

**<u>ORDER</u>**

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATE:**    November 29, 2023