1  MICHAEL W. MELENDEZ, ESQ.
   NEVADA BAR NUMBER 6741
2  KENNEDY'S CMK
   455 Market Street, Suite 1900
3  San Francisco, CA 94105
   Telephone: (415) 323-4481
4  Facsimile: (415) 323-4445
   Email: michael.melendez@kennedyslaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * * * * * *

| | |
|---|---|
| BRITTANY POWERS, individually and as Assignee of Rights Held by AMERICAN PROTECTION GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON AS SUBSCRIBED TO POLICY NUMBER MPL4147217.19; SYNDICATE NO. 3624; HISCOX, INC. d/b/a HISCOX INSURANCE AGENCY; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO.: 2:23-cv-01472-GMN-EJY |

**STIPULATION AND ORDER TO EXTEND EXPERT-RELATED DEADLINES**

This Stipulation is made by and between BRITTANY POWERS, individually and as Assignee of Rights Held by AMERICAN PROTECTION GROUP, INC., represented by ROBERT W. COTTLE, ESQ., and MATTHEW D. MINUCCI, ESQ., of THE COTTLE FIRM CERTAIN UNDERWRITTERS AT LLOYD'S LONDON, AS SUBSCRIBED TO POLICY NUMBER MPL4147217.19 and HISCOX, INC., represented by MICHAEL W. MELENDEZ, ESQ., of KENNEDY'S CMK, and AMERICAN PROTECTION GROUP, INC., represented by KIMBALL JONES, ESQ., and JOSHUA P. BERRET, ESQ., of BIGHORN LAW.

IT IS HEREBY STIPULATED AND AGREED that the following schedule shall govern

1

the parties' respective expert-related disclosures:

1. The deadline for the parties' respective disclosure of experts shall be extended from August 13, 2024 to **September 11, 2024**.

2. The deadline for the parties' respective disclosure of rebuttal experts shall be extended from September 13, 2024 to **October 2, 2024**.

3. All other deadlines set forth in the current scheduling order (at CM/ECF Doc. No. 42) shall remain in place unless otherwise ordered by the Court.

DATED this 18th day of July, 2024.

**THE COTTLE FIRM**

*/s/ Matthew D. Minucci*
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
8635 S. Eastern Avenue
Las Vegas, NV 89123
*Attorneys for Plaintiff*

DATED this 18th day of July, 2024.

**BIGHORN LAW**

*/s/ Joshua P. Berrett*
KIMBALL JONES, ESQ.
Nevada Bar No. 12982
JOSHUA P. BERRETT, ESQ.
Nevada Bar No. 12697
3675 W. Cheyenne Avenue, Suite 100
Las Vegas, NV 89032
*Attorneys for American Protection Group, Inc.*

DATED this 18th day of July 2024.

**KENNEDY'S CMK**

*/s/ Michael W. Melendez*
MICHAEL W. MELENDEZ, ESQ.
Nevada Bar No. 6741
455 Market Street, Suite 1900
San Francisco, CA 94105
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 18, 2024