MICHAEL W. MELENDEZ, ESQ.
NEVADA BAR NO. 6741
TERI MAE RUTLEDGE
(*Admitted Pro Hac Vice*)
KENNEDYS CMK LLP
455 Market Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 323-4481
Facsimile: (415) 323-4445
michael.melendez@kennedyslaw.com

ROBERT E. SCHUMACHER, ESQ.
NEVADA BAR NO. 7504
GORDON REES SCULLY & MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone:     702-577-9300
Facsimile:      702-255-2858
rschumacher@grsm.com

Attorneys for Defendants
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, AS SUBSCRIBED TO POLICY
NUMBER MPL4147217.19 and HISCOX, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY POWERS, individually and as assignee of rights held by AMERICAN PROTECTION GROUP, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AS SUBSCRIBED TO POLICY NUMBER MPL4147217.19; SYNDICATE NO. 3624; HISCOX, INC. dba HISCOX INSURANCE AGENCY; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br><br> Defendants. | Case No. 2:23-CV-01472-GMN-EJY <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br><br> Complaint Filed:  August 17, 2023 <br> Removal Date:   September 21, 2023 <br> Trial Date:  TBD |

1    It is hereby STIPULATED by and between the parties to this action through their designated

2  counsel that the above-captioned action be and is hereby DISMISSED WITH PREJUDICE pursuant

3  to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4

5  DATED:    November 13, 2024            THE COTTLE FIRM

6

7                                        By: /s/ Robert W. Cottle
                                              ROBERT W. COTTLE
8                                             MATTHEW D. MINUCCI
                                              Attorneys for Plaintiff
9                                             BRITTANY POWERS, individually and as
                                              assignee of rights held by AMERICAN
10                                            PROTECTION GROUP INC.

11

12  DATED:    November 13, 2024            BIGHORN LAW

13

14                                        By: /s/ Joshua P. Berrett
                                              JOSHUA P. BERRETT
15                                            Attorneys for Plaintiff in Intervention
                                              AMERICAN PROTECTION GROUP
16

17

18  DATED:    November 13, 2024            KENNEDYS CMK LLP

19

20                                        By: /s/ Michael W. Melendez
                                              MICHAEL W. MELENDEZ
21                                            TERI MAE RUTLEDGE
                                              Attorneys for Defendants
22                                            CERTAIN UNDERWRITERS AT LLOYD'S,
                                              LONDON, AS SUBSCRIBED TO POLICY
23                                            NUMBER MPL4147217.19 and HISCOX,
                                              INC.

24

25  IT IS SO ORDERED.

26  Dated this 13 day of November, 2024.    _____

27                                           Gloria M. Navarro
                                             U.S. District Judge
28

2

## CERTIFICATE OF SERVICE

***Powers, et al. v. Certain Underwriters at Lloyd's London, etc., et al.***
**USDC – District of Nevada; Case No. 2:23-cv-01472-GMN-EJY**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action(s); my business address is 455 Market Street, Suite 1900, San Francisco, CA 94105.

On the date set forth below, I served the document(s) entitled **STIPULATION TO DISMISS WITH PREJUDICE**, on the interested parties in this action by transmitting true copies thereof (enclosed in a sealed envelope(s) if appropriate) addressed as stated below:

| | |
|---|---|
| Joshua P Berrett<br>Kimball Joseph Jones<br>Bighorn Law<br>3675 W. Cheyenne Avenue, Suite 100<br>Las Vegas, NV 89032<br>801-310-2496<br>josh@bighornlaw.com<br>kimball@bighornlaw.com<br>sandyj@bighornlaw.com<br>***Attorneys for American Protection Group, Inc.*** | Daniel Feinberg<br>Gordon Rees Scully Mansukhani LLP<br>One North Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>312-980-6781<br>dfeinberg@grsm.com<br>***Attorneys for Certain Underwriters at Lloyd's London as subscribed to Policy Number MPL4147217.19*** |
| Robert W. Cottle<br>Cottle Law Firm<br>8635 South Eastern Avenue<br>Las Vegas, NV 89123<br>702-722-6111<br>702-834-8555 (fax)<br>robertcottle@cottlefirm.com<br>mminucci@cottlefirm.com<br>hrcottle@cottlefirm.com<br>hbuendia@cottlefirm.com<br>lbritton@cottlefirm.com<br>***Attorneys for Brittany Powers*** | Robert E Schumacher<br>Gordon Rees Scully Mansukhani LLP<br>300 South 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>(702) 577-9300<br>(702) 255-2858 (fax)<br>rschumacher@grsm.com<br>***Attorneys for Certain Underwriters at Lloyd's London as subscribed to Policy Number MPL4147217.19*** |

☒ (BY CM/ECF SERVICE):    I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

☐ (BY ELECTRONIC MAIL):    By transmitting a true copy thereof to the electronic mail addresses as indicated below.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 13, 2024, at San Francisco, California.

_____
Alice Probst